IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**WAYNE PORTER**  PLAINTIFF

V.  CASE NO. 3:17-CV-211-BD

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**  DEFENDANT

## JUDGMENT

In accordance with the Order entered this day, judgment is hereby entered in favor of Plaintiff Wayne Porter and against the Defendant, Nancy A. Berryhill, Acting Commissioner of the Social Security Administration.

DATED this 12th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE